UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD L. NISBET,

                Plaintiff,

  v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

                Defendant.

Case No. C17-5306-RSM

ORDER DENYING MOTION TO FILE EXCESS PAGES

Plaintiff moves for leave to file an over-length Opening Brief. Dkt. #13. In support of this request, Plaintiff states that additional pages are necessary because,

> medical records and other records filed, including lay testimony from Plaintiff and a vocational expert, include evidence relevant to Plaintiff's claim herein, and for Plaintiff to adequately address the multiple errors and evidence which supports his claim, further pages than the 18 allowed by this Court's scheduling Order are required.

*Id.* This explanation describes most, if not all, Social Security cases. Plaintiff has presented nothing showing this case is unusually complicated or presents novel issues to justify granting the request. The Court therefore **ORDERS**:

    (1)    Plaintiff's motion to file an over-length brief (Dkt. #13) is **DENIED**.

    (2)    Plaintiff's proposed Opening Brief filed on August 21, 2017 (Dkt. #13-1) is **STRICKEN** from the record.

(3) As provided in the Scheduling Order, Plaintiff shall file an Opening Brief of 18 pages or less no later than **Tuesday, August 29, 2017**. The Commissioner's Response Brief is due no later than **September 26, 2017**. Plaintiff's Reply Brief is due no later than **October 10, 2017**. *All briefs must conform to the requirements set forth in the Court's Scheduling Order* (Dkt. #12).

DATED this 23rd day of August, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE