UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

RICHARD L. NISBET,

    *Plaintiff*,

    v.

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION

    *Defendant*.

Case No. C17-05306 RSM

ORDER FOR ATTORNEY FEES UNDER 42 U.S.C 406 (B)

Pursuant to U.S.C. § 406(b), reasonable fees in the amount of $24,000.88 are hereby awarded to Plaintiff's attorney, Nancy J. Meserow. Previously this Court awarded Plaintiff EAJA fees of $9,819.71, to be paid by the government, and not out of Nisbet's benefits. When issuing the 406(b) fee check to Ms. Meserow, the Agency is therefore directed to subtract the amount actually paid as EAJA fees, which totals $9,819.71, and send to Ms. Meserow the balance remaining of the $24,000.88 attorney fees hereby ordered, by check payable to Ms. Meserow in the amount of $14,181.17. Any withheld amount then remaining from Plaintiff's awarded benefits should be released to Plaintiff by Defendant as soon as practicable.

    //

ORDER FOR 406(b) fees, Nisbet v Com. Soc. Sec.
3:17-CV – 05306-RSM

Law Office of Nancy J.Meserow
7540 S.W. 51st Ave.
Portland,OR 97219
(503) 560-6788

1  IT IS SO ORDERED this 20th day of June 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER FOR 406(b) fees, Nisbet v Com. Soc. Sec.
3:17-CV – 05306-RSM

Law Office of Nancy J.Meserow
7540 S.W. 51st Ave.
Portland,OR 97219
(503) 560-6788